**FILED**
August 22, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) Case No. 2:08-cr-362 JAM
      Plaintiff, )
v. ) ORDER FOR RELEASE
) OF PERSON IN CUSTODY
Tri Chung, )
)
      Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __Tri Chung__ Case __2:08-cr-362 JAM__ from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

- _ Release on Personal Recognizance
- _ Bail Posted in the Sum of _____
- X Unsecured bond in the amount of $200,000, co-signed by defendant's sister and brother, with a portion secured by family vehicles.
- _ Appearance Bond with 10% Deposit
- _ Appearance Bond secured by Real Property
- _ Corporate Surety Bail Bond
- X (Other) Probation conditions/supervision;

Issued at __Sacramento, CA__ on __8/22/08__ at __1:15 pm__.

By _Dale A. Drozd_
Dale A. Drozd,
United States Magistrate Judge