**SETH P. CHAZIN (CSBN 133777)**
**LAW OFFICES OF SETH P. CHAZIN**
Attorney at Law
1164 Solano Avenue
Albany, CA 94706
Telephone: (510) 507-8100
Facsimile: (510) 525-0087
Attorney for AARON FUNG

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | CR S -08-362 JAM |
| Plaintiff, | STIPULATION RE DATE FOR STATUS CONFERENCE; ORDER |
| vs. | |
| JEREMY VAUGHAN, et al., | |
| Defendant. | |

Insofar as counsel for the United States of America and counsel for Defendants AARON FUNG, JEREMY VAUGHAN, TRI CHUNG, and VINH LOC, require further time to complete the discovery process as well as to make efforts to explore the possibility of resolving the instant matter, Defendant Aaron Fung, by and through his counsel, Seth P. Chazin, Defendant Jeremy Vaughan, by and through his counsel Steven Bauer, Defendant Tri Chung, by and through his counsel Erin Radekin, Defendant Vinh Loc, by and through his counsel Brendan Conroy, and The United States of America, by and through Assistant United

States Attorney Michael Beckwith, hereby stipulate, and request the court so order, that the status conference now set for February 10, 2009, be heard instead on March 17, 2009 at 9:30 a.m.

Also, pursuant to 18 U.S.C. 3161 (h) (3) (A) and (8) (A), it is hereby stipulated that the time period from February 10, 2009, to March 17, 2009, is excluded under the Speedy Trial Act in that additional time is required for adequate preparation of counsel, to maintain continuity of counsel and in that the ends of justice served by granting such a continuance outweigh the best interest of the public and the defendant in receiving a speedy trial.

**Dated: February 8, 2009.**        /s/ Seth P. Chazin
                                    **SETH P. CHAZIN**
                                    **Attorney for AARON FUNG**

**Dated: February 8, 2009.**        /s/ Erin Radekin
                                    **ERIN RADEKIN**
                                    **Attorney for TRI CHUNG**

**Dated: February 8, 2009.**        /s/ Brendan Conroy
                                    **BRENDAN CONROY**
                                    **Attorney for VINH LOC**

**Dated: February 8, 2009.**        /s/ Steven Bauer
                                    **STEVEN BAUER**
                                    **Attorney for JEREMY VAUGHAN**

**Dated: February 8, 2009.**        /s/ Michael M. Beckwith
                                    **MICHAEL M. BECKWITH**
                                    **Assistant United States Attorney**

2

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) CR S-08-362 JAM |
| Plaintiff, | ) ORDER CONTINUING |
| vs. | ) STATUS CONFERENCE |
| JEREMY VAUGHN, et al. | ) |
| Defendant. | ) |

Based upon the above stipulation of the parties to continue the status conference in this matter, and for GOOD CAUSE SHOWN, and insofar as the court finds that the ends of justice would be served by granting said continuance,

IT IS THUS HEREBY ORDERED, that the status conference in this matter shall be continued to March 17, 2009 at 9:30 a.m.

FURTHERMORE, pursuant to 18 U.S.C. 3161 (h) (3) (A) and (8) (A), it is hereby ordered that the time period from February 10, 2009, to March 17, 2009, is excluded under the Speedy Trial Act in that additional time is required for adequate preparation of counsel, to maintain

continuity of counsel and in that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

**Dated: February 9, 2009.**

                    /s/ John A. Mendez
                    **THE HONORABLE JOHN A. MENDEZ**
                    **UNITED STATES DISTRICT COURT JUDGE**