1

2

3

**SETH P. CHAZIN (CSBN 133777)**
**LAW OFFICES OF SETH P. CHAZIN**
**Attorney at Law**
**1164 Solano Avenue**
**Albany, CA 94706**
**Telephone:  (510) 507-8100**
**Facsimile: (510) 525-0087**
**Attorney for AARON FUNG**

4

5

6

7

8

**IN THE UNITED STATES DISTRICT COURT**
**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

9

10

11

12

13

14

15

16

| | |
|---|---|
| **United States of America,** | **CR S -08-362 JAM** |
| | |
| **Plaintiff,** | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER** |
| **vs.** | |
| **JEREMY VAUGHAN, et al.,** | |
| **Defendant.** | |

17

18

19

20

21

22

23

24

25

26

27

28

        Although defense counsel anticipate asking the court at the next status conference to

set a date for the hearing of motions if the parties are unable to reach a resolution as to either

the production of discovery or the case itself, insofar as counsel for the United States of

America and counsel for Defendants AARON FUNG, JEREMY VAUGHAN, TRI CHUNG,

and VINH LOC, require further time to complete the discovery process as well as to make

efforts to explore the possibility of resolving the instant matter, Defendant Aaron Fung, by

and through his counsel, Seth P. Chazin, Defendant Jeremy Vaughan, by and through his

counsel Steven Bauer, Defendant Tri Chung, by and through his counsel Erin Radekin,

1

2
3

Defendant Vinh Loc, by and through his counsel Brendan Conroy, and The United States of

4
America, by and through Assistant United States Attorney Michael Beckwith, hereby

5
stipulate, and request the court so order, that the status conference now set for March 17,

6
2009, be heard instead on April 28, 2009 at 9:30 a.m.

7
        Also, pursuant to 18 U.S.C. 3161 (h) (3) (A) and (8) (A), it is hereby stipulated that the

8
time period from March 17, 2009, to April 28, 2009, is excluded under the Speedy Trial Act

9
in that additional time is required for adequate preparation of counsel, to maintain continuity

10
of counsel and in that the ends of justice served by granting such a continuance outweigh the

11
best interest of the public and the defendant in receiving a speedy trial.

12

13      **Dated: March 11, 2009.**          **/s/ Seth P. Chazin**_____
                                            **SETH P. CHAZIN**
14                                          **Attorney for AARON FUNG**

15

16      **Dated: March 11, 2009.**          **/s/ Erin Radekin**_____
                                            **ERIN RADEKIN**
17                                          **Attorney for TRI CHUNG**

18

19      **Dated: March 11, 2009.**          **/s/ Brendan Conroy**_____
                                            **BRENDAN CONROY**
20                                          **Attorney for VINH LOC**

21

22      **Dated: March 11, 2009.**          **/s/ Steven Bauer**_____
                                            **STEVEN BAUER**
23                                          **Attorney for JEREMY VAUGHAN**

24
        **Dated: March 11, 2009.**          **/s/ Michael M. Beckwith**_____
25                                          **MICHAEL M. BECKWITH**
                                            **Assistant United States Attorney**
26

27

28
                                            2

1

2    _____

3

4

5

6

7

8
**IN THE UNITED STATES DISTRICT COURT**
**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

9    _____

10                                              )
**United States of America,**                  )  **CR S-08-362 JAM**
11                                              )
                                **Plaintiff,**  )  **ORDER CONTINUING**
12                                              )  **STATUS CONFERENCE**
13   **vs.**                                    )
                                                )
14   **JEREMY VAUGHN, et al.**                  )
                                                )
15                               **Defendant.** )
16   _____            )

17        Based upon the above stipulation of the parties to continue the status conference in this matter, and

18
for GOOD CAUSE SHOWN, and insofar as the court finds that the ends of justice would be served by
19
granting said continuance,
20

21        IT IS THUS HEREBY ORDERED, that the status conference in this matter shall be

22   continued to April 28, 2009 at 9:30 a.m.

23        FURTHERMORE, pursuant to 18 U.S.C. 3161 (h) (3) (A) and (8) (A), it is hereby ordered

24
that the time period from March 17, 2009, to April 28, 2009, is excluded under the Speedy
25

26   Trial Act in that additional time is required for adequate preparation of counsel, to maintain

27

28                                        3

continuity of counsel and in that the ends of justice served by granting a continuance outweigh

the best interests of the public and the defendant in a speedy trial.

**Dated: March 12, 2009.**


**/s/ John A. Mendez**
**THE HONORABLE JOHN A. MENDEZ**
**UNITED STATES DISTRICT COURT JUDGE**

4