1  **ERIN J. RADEKIN**
   **Attorney at Law  - SBN 214964**
2  428 J Street, Suite 350
   Sacramento, California 95814
3  Telephone: (916) 446-3331
   Facsimile: (916) 447-2988
4
   Attorney for Defendant
5  TRI CHUNG

6

7
                    UNITED STATES DISTRICT COURT
8
                    EASTERN DISTRICT OF CALIFORNIA
9

10
   **UNITED STATES OF AMERICA**,       )   Case No. 08-362 JAM
11                                     )
         Plaintiff,                    )   **MOTION FOR CONTINUANCE**
12                                     )   **OF STATUS CONFERENCE AND**
         vs.                           )   **[PROPOSED] ORDER**
13                                     )
   **TRI CHUNG, et al**                )
14                                     )
         Defendants.                   )
15 _____       )

16                                 –o0o–

17         IT IS HEREBY STIPULATED by and between Assistant United States Attorney

18 Michael Beckwith, counsel for plaintiff, Attorney Erin J. Radekin, counsel for defendant Tri

19 Chung, and Attorney Brendan P. Conroy, counsel for defendant Vinh Loc, that the status

20 conference currently set for May 26, 2009 at 9:30 a.m. be vacated and continued to June 9,

21 2009 at 9:30 a.m. in the courtroom of the Honorable John A. Mendez.

22         The reason for this request is that additional time is needed for the parties to negotiate

23 plea agreements in this matter.  The Court is advised that Mr. Beckwith and Mr. Conroy

24 concur with this request and have authorized Ms. Radekin to sign this stipulation on their

25 behalf.

26         The parties further agree and stipulate that the time period from the filing of this

27 stipulation until June 9, 2009 should be excluded in computing time for commencement of

28 trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. §

1  3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable
2  time necessary for effective defense preparation. It is further agreed and stipulated that the
3  ends of justice served in granting the request outweigh the best interests of the public and the
4  defendant in a speedy trial.
5       Accordingly, the parties respectfully request the Court adopt this proposed stipulation.
6  IT IS SO STIPULATED
7  Dated: May 22, 2009                           McGREGOR W. SCOTT
                                                 United States Attorney
8
                                                 By:    /s/ Michael Beckwith
9                                                MICHAEL BECKWITH
                                                 Assistant United States Attorney
10
   Dated: May 22, 2009                              /s/ Erin J. Radekin
11                                               ERIN J. RADEKIN
                                                 Attorney for Defendant
12                                               TRI CHUNG
13
   Dated: May 22, 2009                              /s/ Brendan P. Conroy
14                                               BRENDAN P. CONROY
                                                 Attorney for Defendant
15                                               VINH LOC
16
17  / / /
18  / /
19  /
20
21
22
23
24
25
26
27
28
                                                 2

## **ORDER**

    For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference of May 26, 2009 at 9:30 a.m. is VACATED and the above-captioned matter is set for status conference on June 9, 2009 at 9:30 a.m.  The court finds excludable time in this matter through June 9, 2009 under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(8)(A), (h)(8)(B)(iv).

IT IS SO ORDERED.

Dated:   May 22, 2009                                 /s/ John A. Mendez
                                                                        HON. JOHN A. MENDEZ
                                                                        United States District Judge