**ERIN J. RADEKIN**
**Attorney at Law  - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
TRI CHUNG

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. Cr.S-08-362 JAM |
| Plaintiff, | **MOTION FOR CONTINUANCE OF STATUS CONFERENCE AND ORDER** |
| vs. | |
| **TRI CHUNG,** | |
| Defendant. | |

–o0o–

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Michael Beckwith, counsel for plaintiff, Attorney Erin J. Radekin, counsel for defendant Tri Chung, and Attorney Brendan P. Conroy, counsel for defendant Vinh Loc, that the status conference currently set for June 9, 2009 at 9:30 a.m. be vacated and continued to June 23, 2009 at 9:30 a.m. in the courtroom of the Honorable John A. Mendez.

The reason for this request is that additional time is needed for the parties to negotiate plea agreements in this matter.  The Court is advised that Mr. Beckwith and Mr. Conroy concur with this request and have authorized Ms. Radekin to sign this stipulation on their behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until June 23, 2009 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. §

1  3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable
2  time necessary for effective defense preparation.  It is further agreed and stipulated that the
3  ends of justice served in granting the request outweigh the best interests of the public and the
4  defendant in a speedy trial.
5      Accordingly, the parties respectfully request the Court adopt this proposed stipulation.
6  IT IS SO STIPULATED
7  Dated: June 3, 2009                    McGREGOR W. SCOTT
                                          United States Attorney

                                          By:      /s/ Michael Beckwith
                                             MICHAEL BECKWITH
                                             Assistant United States Attorney

10 Dated: June 3, 2009                         /s/ Erin J. Radekin
                                          ERIN J. RADEKIN
                                          Attorney for Defendant
                                          TRI CHUNG

13 Dated: June 3, 2009                         /s/ Brendan P. Conroy
                                          BRENDAN P. CONROY
                                          Attorney for Defendant
                                          VINH LOC

17 / / /
18 / /
19 /

2

## ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference of June 9, 2009 at 9:30 a.m. is VACATED and the above-captioned matter is set for status conference on June 23, 2009 at 9:30 a.m.  The court finds excludable time in this matter through June 23, 2009 under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(8)(A), (h)(8)(B)(iv).

IT IS SO ORDERED.

Dated:   June 3, 2009                                          /s/ John A. Mendez
                                                                                HON. JOHN A. MENDEZ
                                                                                United States District Judge

3