1  **ERIN J. RADEKIN**
   **Attorney at Law  - SBN 214964**
2  428 J Street, Suite 350
   Sacramento, California 95814
3  Telephone: (916) 446-3331
   Facsimile: (916) 447-2988
4
   Attorney for Defendant
5  TRI CHUNG

6

7
                    **UNITED STATES DISTRICT COURT**
8
                    **EASTERN DISTRICT OF CALIFORNIA**
9

10
   **UNITED STATES OF AMERICA**,        )        **Case No. Cr.S-08-362 JAM**
11                                       )
            Plaintiff,                   )        **MOTION FOR CONTINUANCE**
12                                       )        **OF STATUS CONFERENCE AND**
            vs.                          )        **ORDER**
13                                       )
   **TRI CHUNG**,                        )
14                                       )
            Defendant.                   )
15  _____     )

16                              –o0o–

17        IT IS HEREBY STIPULATED by and between Assistant United States Attorney

18  Michael Beckwith, counsel for plaintiff, Attorney Erin J. Radekin, counsel for defendant Tri

19  Chung, and Attorney Brendan P. Conroy, counsel for defendant Vinh Loc, that the status

20  conference currently set for July 21, 2009 at 9:30 a.m. be vacated and continued to August 4,

21  2009 at 9:30 a.m. in the courtroom of the Honorable John A. Mendez.

22        The reason for this request is that additional time is needed for the parties to negotiate

23  plea agreements in this matter.  The Court is advised that Mr. Beckwith and Mr. Conroy

24  concur with this request and have authorized Ms. Radekin to sign this stipulation on their

25  behalf.

26        The parties further agree and stipulate that the time period from the filing of this

27  stipulation until August 3, 2009 should be excluded in computing time for commencement of

28  trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. §

1    3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable

2    time necessary for effective defense preparation.  It is further agreed and stipulated that the

3    ends of justice served in granting the request outweigh the best interests of the public and the

4    defendant in a speedy trial.

5          Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

6    IT IS SO STIPULATED

7    Dated: July 20, 2009                          McGREGOR W. SCOTT
                                                     United States Attorney
8
                                                     By:_____/s/ Michael Beckwith_____
9                                                    MICHAEL BECKWITH
                                                     Assistant United States Attorney
10
     Dated: July 20, 2009                          _____/s/ Erin J. Radekin_____
11                                                   ERIN J. RADEKIN
                                                     Attorney for Defendant
12                                                   TRI CHUNG

13
     Dated: July 20, 2009                          _____/s/ Brendan P. Conroy_____
14                                                   BRENDAN P. CONROY
                                                     Attorney for Defendant
15                                                   VINH LOC

16

17   / / /

18   / /

19   /

20

21

22

23

24

25

26

27

28                                             2

1

2

3

## **ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference of July 21, 2009 at 9:30 a.m. is VACATED and the above-captioned matter is set for status conference on August 4, 2009 at 9:30 a.m.  The court finds excludable time in this matter through August 4, 2009 under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(8)(A), (h)(8)(B)(iv).

IT IS SO ORDERED.

Dated:   July 20, 2009                         /s/ John A. Mendez
                                               HON. JOHN A. MENDEZ
                                               United States District Judge

3