ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
TRI CHUNG

FILED

SEP - 8 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )   Case No. 2:08-cr-0362-JAM
                                    )
           Plaintiff,               )   ORDER RE
                                    )   WAIVER OF DEFENDANT'S
       vs.                          )   PRESENCE
                                    )
TRI CHUNG, et al.                   )
                                    )
           Defendants.              )
_____)

Defendant, TRI CHUNG, filed Waiver of Defendant's Presence and Stipulation on September 7, 2009. For the reasons stipulated by the parties therein, defendant's waiver of his personal presence at the status conference on September 8, 2009 at 9:30 a.m. is hereby APPROVED.

IT IS SO ORDERED.

Dated: 9-8-09

HON. JOHN A. MENDEZ
United States District Judge