1    BRENDAN CONROY CSB 114726
     Attorney at Law
2    255 Kansas St. Ste. 340
     San Francisco, CA 94103
3    415-565-9600

4    Attorney for Defendant
     VINH LOC
5

6
                    UNITED STATES DISTRICT COURT
7
                  EASTERN DISTRICT OF CALIFORNIA
8
                      SACRAMENTO DIVISION
9
     UNITED STATES OF AMERICA,                    NO. 2-08-CR-00362 JAM
10
              Plaintiff,                          **STIPULATION AND ORDER**
11
          v.
12
     JEREMY VAUGHAN, TRI CHUNG,
13   VINH LOC and AARON FUNG,

14            Defendants.
     _____/
15
          The parties hereby stipulate that the status conference in this matter, currently set for October
16
     20, 2009 at 9:30 a.m., be continued, and that a new date for the status conference be set for October
17
     27, 2009 at 9:30 a.m.
18
          The reason for the continuance is that the parties have not finalized the plea agreement that
19
     they expect to enter into in this case, and a short continuance is needed to complete the details of
20
     at agreement.
21
          The Court should find that the time from October 20, 2009 until October 27, 2009  is
22
     excluded from the Speedy Trial Act,  on the grounds that the ends of justice will best be served by
23
     allowing the defendant time to review the proposed plea agreement with his counsel, and the time
24
     needed to accomplish that is excludable under 18 U.S.C. 3161(h)(7)(A) and (B)(ii) and (B)(iv).
25

26

27

28                                               1

1

2      Date_____

3

4      .
       __/s/_____
5      BRENDAN CONROY
       Attorney for Defendant
6

7      _/s/_____
       MICHAEL BECKWITH
8      Assistant United States Attorney

9

10

11              GOOD CAUSE APPEARING, the status conference in this matter is continued from October

12     20, 2009 at 9:30 a.m. to October 27, 2009 at 9:30 a.m.   The Court finds that the time from October

13     20, 2009 until October 27, 2009, should be excluded from Speedy Trial Act computation in the

14     interests of justice, and that such time is excludable pursuant to 18 U.S.C. 3161(h)(7)(A) and (B)(ii)

15     and (B)(iv).

16     Date:   October 19, 2009.

17

18                                              /s/ John A. Mendez
19                                       UNITED STATES DISTRICT COURT

20

21

22

23

24

25

26

27

28

                                              2