**FILED**

OCT 22 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, ) | CR S-08-362 JAM |
| ) | |
| Plaintiff, ) | ORDER FOR TRANSFER OF NARCOTICS |
| ) | EVIDENCE FOR TESTING |
| vs. ) | |
| ) | |
| JEREMY VAUGHN, et al. ) | |
| ) | |
| Defendant. ) | |

Upon application of defendant AARON FUNG and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the court authorizes Forensic Analytical Laboratory in Hayward, California to test the narcotic evidence in this matter and that said narcotics evidence may be transferred to said laboratory for analysis.

Dated: 10-21-09

_____
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

4