BRENDAN CONROY CSB 114726
Attorney at Law
255 Kansas St. Ste. 340
San Francisco, CA 94103
415-565-9600

Attorney for Defendant
VINH LOC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2-08-CR-00362 JAM |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | |
| JEREMY VAUGHAN, TRI CHUNG, VINH LOC and AARON FUNG, | |
| Defendants. | |

The parties hereby stipulate that the status conference in this matter, currently set for October 27, 2009 at 9:30 a.m., be continued, and that a new date for the status conference be set for November 17, 2009 at 9:30 a.m.

The reason for the continuance is that the parties have not finalized the plea agreement that they expect to enter into in this case, and a short, and last, continuance is needed to complete the details of the agreement.

The Court should find that the time from October 27, 2009 until November 17, 2009 is excluded from the Speedy Trial Act, on the grounds that the ends of justice will best be served by allowing the defendant time to review the proposed plea agreement with his counsel, and the time needed to accomplish that is excludable under 18 U.S.C. 3161(h)(7)(A) and (B)(ii) and (B)(iv).

1

Date_____

.
 /s/_____
BRENDAN CONROY
Attorney for Defendant

 /s/_____
MICHAEL BECKWITH
Assistant United States Attorney

      GOOD CAUSE APPEARING, the status conference in this matter is continued from October 27, 2009 at 9:30 a.m. to November 17, 2009 at 9:30 a.m.   The Court finds that the time from October 27, 2009 until November 17, 2009, should be excluded from Speedy Trial Act computation in the interests of justice, and that such time is excludable pursuant to 18 U.S.C. 3161(h)(7)(A) and (B)(ii) and (B)(iv).

Date: October 26, 2009

                                              /s/ John A. Mendez
                                              U. S. DISTRICT COURT JUDGE