**ERIN J. RADEKIN**
**Attorney at Law  - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
TRI CHUNG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　　　 )<br>　　　　Plaintiff, 　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　　 )<br>　　　　vs. 　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　　 )<br>TRI CHUNG, 　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　　 )<br>　　　　Defendant. 　　　　　　　　　 )<br>_____ ) | Case No. 08-362 JAM<br><br>STIPULATION FOR CONTINUANCE OF JUDGMENT AND SENTENCING AND MODIFICATION OF SCHEDULE FOR FILING OBJECTIONS TO PRESENTENCE REPORT; ORDER |

–o0o–

　　　IT IS HEREBY STIPULATED by and between Assistant United States Attorney Michael Beckwith, counsel for plaintiff, and Attorney Erin J. Radekin, counsel for defendant Tri Chung, that the judgment and sentencing, currently scheduled for December 8, 2009 at 9:30 a.m. be vacated and continued to January 5, 2010 at 9:30 a.m. in the courtroom of the Honorable John A. Mendez and that the schedule pertaining to the pre-sentence report be modified as follows:

| | |
|---|---|
| Counsel's written objections to the pre-sentence report | December 8, 2009 |
| Pre-sentence report | December 15, 2009 |
| Motion for correction of the pre-sentence report | December 22, 2009 |
| Reply, or statement of non-opposition | December 29, 2009 |

　　　This continuance is necessary to allow the defense additional time to prepare for sentencing. Mr. Beckwith has no objection to the continuance and has authorized the signing of the stipulation.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: November 18, 2009                              BENJAMIN WAGNER
                                                      United States Attorney

                                                By:      /s/ Michael Beckwith
                                                      MICHAEL BECKWITH
                                                      Assistant United States Attorney

Dated: November 18, 2009                                 /s/ Erin J. Radekin
                                                      ERIN J. RADEKIN
                                                      Attorney for Defendant
                                                      TRI CHUNG

## **ORDER**

IT IS HEREBY ORDERED that judgment and sentencing currently scheduled for December 8, 2009 be VACATED, and the matter continued until January 5, 2010 at 9:30 a.m. for judgment and sentencing.

IT IS FURTHER ORDERED that the schedule for the filing of objections to the pre-sentence report be modified as follows:

| | |
|---|---|
| Counsel's written objections to the pre-sentence report | December 8, 2009 |
| Motion for correction of the pre-sentence report | December 15, 2009 |
| Reply, or statement of non-opposition | December 22, 2009 |

Dated:   11/23/2009                                    /s/ John A. Mendez
                                                      HON. JOHN A. MENDEZ
                                                      United States District Judge

2