1 BRENDAN CONROY CSB 114726
Attorney at Law
2 255 Kansas St. Ste. 340
San Francisco, CA 94103
3 415-565-9600

4 Attorney for Defendant
VINH LOC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2-08-CR-00362 JAM |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | |
| JEREMY VAUGHAN, TRI CHUNG, VINH LOC and AARON FUNG, | |
| Defendants. | |

The parties hereby stipulate that the indictment in this matter has been dismissed as to defendant VINH LOC, and that the deed of trust for the property located at 2739 Huff Drive in Pleasanton, California should be re-conveyed to Mieh H. Diep, as the property is no longer required as a surety for LOC's appearance in this case.

Date_____


_/s/_____
BRENDAN CONROY
Attorney for Defendant

_/s/_____
MICHAEL BECKWITH
Assistant United States Attorney

1

1  GOOD CAUSE APPEARING, the Clerk of the Court is hereby ordered to re-convey the deed
2 of trust for property described as 2739 Huff Drive, Pleasanton, California to Minh H. Diep.  The
3 indictment in this matter has been dismissed.
4 Date: 02/04/2010

/s/ John A. Mendez
U. S. DISTRICT COURT JUDGE