**ERIN J. RADEKIN**
**Attorney at Law  - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
TRI CHUNG

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> TRI CHUNG, ) <br> ) <br> Defendant. ) <br>_____ ) | Case No. 08-CR-0362 JAM <br><br> **ORDER RE EXONERATION OF BOND AND RECONVEYANCE OF PROPERTY** |

### ORDER

Good cause appearing and the defendant, Tri Chung, currently being incarcerated and serving the sentence imposed by the Court,

IT IS HEREBY ORDERED that the bail bond posted to secure the release of defendant be exonerated and the property posted for bail on behalf of this defendant, to wit, family vehicles, be reconveyed.

Dated:   February 26, 2010

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Judge